# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-16-216-M |
| | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 15, 2016, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for social security disability benefits. The Magistrate Judge recommended that plaintiff's cause of action be dismissed without prejudice for failure to timely serve defendant with process. Plaintiff was advised of his right to object to the Report and Recommendation by September 6, 2016. Plaintiff has filed no objection, but on August 18, 2016, plaintiff submitted a copy of a United States Postal Service tracking report indicating that a certified mail package had been delivered on July 13, 2016 in Dallas, Texas. Plaintiff, however, has not filed a return of service or any document reflecting that service of process has been obtained upon defendant in compliance with Rule 4(i).

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued by the Magistrate Judge on August 15, 2016, and

(2) DISMISSES this action without prejudice for failure to timely serve defendant with process.

**IT IS SO ORDERED this 13th day of September, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE